UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA SHUPPERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CV1841 RWS |
| ) | |
| DHL EXPRESS (USA), INC., et al., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff's motion to remand [#8]. This case was removed to this Court on the basis that diversity jurisdiction exists. Plaintiff has filed a stipulation that the amount in controversy is not in excess of $75,000. Defendant has consented to the case being remanded to the Circuit Court of the City of St. Louis. As a result, I will remand the case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to remand [#8] is **GRANTED**.

An appropriate Order of Remand will accompany this Memorandum and Order.

Dated this 20th day of December, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE